IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

UNITED STATES OF AMERICA        )
ex rel. RODRICK DOXY #R67836,   )
                                )
               Petitioner,      )
                                )
     v.                         )    No.  13 C 6842
                                )
RICK HARRINGTON, Warden, etc.,  )
                                )
               Respondent.      )

           SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

Counsel for respondent Warden Rick Harrington has inquired telephonically of this Court's staff as to whether any further submission is needed to enable to this Court to address the subject of a certificate of appealability from its November 13, 2013 memorandum opinion and order ("Opinion") that dismissed the Section 2254 petition that had been filed by Rodrick Doxy ("Doxy"). This Court appreciates that inquiry, which brought its attention to its inadvertent oversight in failing to comply with Section 2254 Rule 11 on that subject.

As the Opinion should have made clear and as this supplement expressly confirms, this Court denies Doxy a certificate of appealability, a matter on which no further submission from either Doxy or the respondent Warden is needed. Again as the analysis in the Opinion indicates, Doxy has failed to present any issue or issues that satisfy the showing by 28 U.S.C. §2253(c)(2). Finally, Doxy is of course entitled to seek a certificate of appealability from the Court of Appeals under Fed.

R. App. 22.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date:  November 19, 2013